# First District Court of Appeal
## State of Florida

_____

No. 1D2023-2068
_____

BRYAN JACOB RIDDLE,

Appellant,

v.

KAYLA LYNN RIDDLE,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
William Francis Stone, Judge.

April 26, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Clark Henderson of Clark Henderson, P.A., Shalimar, for Appellant.

Kayla Lynn Riddle, pro se, Appellee.